1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:    (619) 234-8467
4 Facsimile:    (619) 687-2666
Email:          David_Peterson@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ1925 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| CARLOS DELACRUZ-JIMENEZ, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated:  June 27, 2008                    */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 27, 2008                    /s/ *DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA  92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        David_Peterson@fd.org (email)